Joshua B. Swigart, Esq. (SBN: 225557)
josh@westcoastlitigation.com
Yana A. Hart, Esq. (SBN: 306499)
**Hyde & Swigart APC**
2221 Camino Del Rio South, Suite 101
San Diego, CA 92108
Office Number:            (619) 233-7770
Office Fax Number:    (619) 297-1022

*Attorneys for Plaintiff,*
Ariel Shuckett

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| ARIEL SHUCKETT, on behalf of himself and all others similarly situated,<br><br>            Plaintiff,<br><br>v.<br><br>DIALAMERICA MARKETING, INC.<br><br>            Defendants. | Case No: 17-cv-2073-LAB-KSC<br><br>**NOTICE OF ERRATA TO PLAINTIFF'S FIRST AMENDED COMPLAINT** |
|---|---|

    Please take notice that plaintiff, ARIEL SHUCKETT ("Plaintiff") hereby files this Notice of Errata with respect to her First Amended Complaint filed on October 10, 2017.  Plaintiff corrects her filing as follows:

1.  The telephone number in paragraph 15, page 4, should be changed to "4787" from "5269."

Dated: October 19, 2017                                **HYDE & SWIGART APC**
                                                                              By: s/Yana A. Hart
                                                                                    Yana A. Hart, Esq.
                                                                                    *Attorneys for Plaintiff*