# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARIEL SHUCKETT, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>DIALAMERICA Marketing Inc.,<br><br>Defendant. | CASE NO. 17cv2073-LAB (KSC)<br><br>**ORDER GRANTING LEAVE TO AMEND [Dkt. 64];**<br><br>**ORDER DENYING AS MOOT DIALAMERICA'S MOTION TO DISMISS [Dkt. 60]** |

Plaintiff Ariel Shuckett seeks leave to file her Third Amended Complaint in order to add another defendant, Prospects DM, to this case. Dkt. 65. Leave to amend is granted liberally, but not automatically. *In re W. States Wholesale Nat. Gas Antitrust Litig.*, 715 F.3d 716, 738 (9th Cir. 2013). DialAmerica opposes Shuckett's motion, arguing that she is playing a "shell game" by amending whenever DialAmerica refutes the contentions in a given complaint. Dkt. 65 at 3. The Court shares DialAmerica's concerns, but finds that its arguments go mostly to the substance of her complaint, not whether she should be given chance to amend in order to add a new defendant. The Court will therefore permit one more amendment. Shuckett's motion is **GRANTED**. Dkt 64. However, the case is now more than a year old and has not meaningfully progressed passed basic discovery. Absent a compelling reason, this is Shuckett's last chance to amend.

- 1 -

Currently on calendar for December 10, 2018 is DialAmerica's Motion to Dismiss Shuckett's Second Amended Complaint. Because the Second Amended Complaint is no longer the operative complaint, DialAmerica's Motion to Dismiss is **DENIED WITHOUT PREJUDICE**. Dkt. 60. So as not to further delay this case, if DialAmerica wishes to file a Motion to Dismiss Shuckett's Third Amended Complaint, it should do so by **November 2, 2018**. Shuckett's Opposition is due **November 16, 2018** and DialAmerica's Reply is due **November 30, 2018**. The Court will rule on the papers, unless it determines a hearing is necessary. The hearing currently scheduled for December 10, 2018 is **VACATED**.

**IT IS SO ORDERED**.

Dated: October 19, 2018

**HONORABLE LARRY ALAN BURNS**
United States District Judge