Yana A. Hart Esq. (SBN: 306499)
yana@westcoastlitigation.com
**HYDE & SWIGART, APC**
2221 Camino Del Rio South, Suite 101
San Diego, CA 92108
Telephone: (619) 233-7770
Facsimile: (619) 297-1022

*Attorneys for Plaintiff,*
Ariel Shuckett

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ARIEL SHUCKETT, Individually and On Behalf of All Others Similarly Situated**, <br><br> Plaintiff, <br><br> v. <br><br> **DIALAMERICA MARKETING, INC.; and AMERICAN STANDARD BRANDS, D/B/A AMERICAN STANDARD BATHROOM AND KITCHEN FIXTURES**, <br><br> Defendants. | **CASE NO:** 17-cv-2073 LAB KSC <br><br> **NOTICE OF SETTLEMENT AS TO PROSPECTS DM, ONLY** |

///

///

///

---

HYDE & SWIGART
San Diego, California

1  NOTICE IS HEREBY GIVEN that this case has been settled with Defendant
2  Prospect DM, Inc., only, with respect to the claims against Prospects DM, and
3  partial claims related to American Standard Brand's liability as it pertains to
4  Prospects DM's actions, only. The Plaintiff anticipates filing a Request for
5  Dismissal of Prospects DM, only, with respect to her individual claims, within 60
6  days. Plaintiff requests that the Court set a deadline on or after March 8, 2019 for
7  filing a Request for Dismissal as to Prospects DM, only.

8

9                                                   Respectfully submitted,

10                                                  **Hyde & Swigart, APC**

11 Date:  January 22, 2019                          By:  Yana A. Hart
12                                                  Yana A. Hart, Esq.
                                                    *Attorneys for Plaintiff*
13

14                                                  Respectfully submitted,
15                                                  **ALLEN, MITCHELL &[1]**
                                                    **ALLEN PLLC**
16 Date:  January 22, 2019                          By:  Eric Allen
17                                                  Eric Allen, Esq.
                                                    *Attorneys for Plaintiff*
18

19

20

21

22

23

24

25

26

27 ─────────────
28 [1] The undersigned counsel procured Mr. Allen's signature prior to filing, and attests that she has authorization from Mr. Allen for filing same.