Yana A. Hart Esq. (SBN: 306499)
yana@westcoastlitigation.com
**HYDE & SWIGART, APC**
2221 Camino Del Rio South, Suite 101
San Diego, CA 92108
Telephone: (619) 233-7770
Facsimile: (619) 297-1022

*Attorneys for Plaintiff*,
Ariel Shuckett

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| ARIEL SHUCKETT, Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> DIALAMERICA MARKETING, INC.; and AMERICAN STANDARD BRANDS, D/B/A AMERICAN STANDARD BATHROOM AND KITCHEN FIXTURES, <br><br> Defendants. | Case No.: 17-cv-2073 LAB KSC <br><br> **JOINT MOTION FOR DISMISSAL OF ACTION TO PROSPECTS DM, ONLY** |
|---|---|

///

///

///

Plaintiff ARIEL SHUCKETT ("Plaintiff") and Defendant PROSPECT DM, hereby jointly move to dismiss *only* Prospects DM from the above titled action with prejudice as to Plaintiff and without prejudice as to the putative class, pursuant to Fed. R. Civ. Procedure 41(a)(1)(ii), with each party bearing its own costs.

WHEREFORE, the parties respectfully request that this Court dismiss Defendant Prospects DM *only* from the above-entitled action with prejudice as to the named Plaintiff and without prejudice auto class claims as well. The action remains pending with regard to DialAmerica Marketing, Inc, American Standard Brands, d/b/a American Standard Bathroom and Kitchen Fixtures, and the Putative Class.

**HYDE & SWIGART, APC**

Date: April 19, 2019  By: s/ Yana A. Hart
Yana A. Hart, Esq.
*Attorneys for Plaintiff*

**ALLEN, MITCHELL & ALLEN PLLC**

Date: April 19, 2019  By: s/ Eric Allen
Eric Allen, Esq.
*Attorneys for Defendant*

### CERTIFICATE OF SERVICE & SIGNATURE

I hereby certify that on, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system. Further, I certify that Defense Counsel has consented to filing of this instant motion.

By: s/ Yana A. Hart
Yana A. Hart, Esq.
*Attorneys for Plaintiff*