

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Ariel Shuckett, Individually and On Behalf of All Others Similarly Situated | Civil Action No.   17cv2073-LAB-KSC |
| **Plaintiff,** V. | |
| DIALAMERICA Marketing Inc.; AS America, Inc., doing business as American Standard Brands | **JUDGMENT IN A CIVIL CASE** |
| **Defendant.** | |

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

DialAmerica's Motion for Summary Judgment, which American Standard has joined, is granted.

| | |
|---|---|
| **Date:**   7/30/19 | **CLERK OF COURT**<br>**JOHN MORRILL, Clerk of Court**<br>By:  s/ J. Taylor<br>J. Taylor, Deputy |